# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| CLIFTON BRADLEY <br><br> *Plaintiff(s)* <br> v. <br> THE NEW YORK CITY DEPARTMENT OF EDUCATION, and DAVID FANNING, Indivdually and in his Official Capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York City Department of Education
52 Chamber Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan A. Tand & Associates
990 Stewart Avenue, Suite 225
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*