UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLIFTON BRADLEY,

                              Plaintiff,

    -against-                                              16 CIV 7043 (RA)

NEW YORK CITY DEPARTMENT OF
EDUCATION AND DAVID
FANNING Individually and
in his Official Capacity,

                              Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION TO AMEND

**PLEASE TAKE NOTICE** that upon the prior proceeding, along with the Exhibit A, the Memorandum of Law in Support of Plaintiff's Motion to Amend, and all previously field pleadings and submissions, Plaintiff will respectfully moves this Court at a date and time to be set by the for leave of Court to amend the complaint pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure and deem the proposed amended complaint served and filed.(Exhibit "A") as leave should be freely granted, and any other relief that is just and equitable.

Dated: New York, New York
       January 9, 2018                          Respectfully Submitted,

                                                    STEWART LEE KARLIN
                                                    LAW GROUP, PC

                                                    _s/ Stewart Lee Karlin_
                                                    STEWART LEE KARLIN, ESQ.
                                                    Attorney for Plaintiff
                                                    111 John Street, 22nd Floor
                                                    New York, NY 10038
                                                    (212) 792-9670