

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
**Law Department**
100 CHURCH STREET
NEW YORK, NY 10007

**CASSANDRA N. BRANCH**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-4074
Email: cbranch@law.nyc.gov
Email **Not** for Service of Papers

October 12, 2018

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Bradley v. The New York City Dep't of Educ., et al.*,
              16 Civ. 07043 (RA) (KNF)
              Our No. 2016-037229

Dear Judge Abrams:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants The New York City Department of Education ("BOE"), and David Fanning in the above-referenced action. Defendants respectfully write on behalf of all parties to provide the Court with a status update.

      Discovery is completed in this matter, including depositions. The parties have discussed settlement since their last appearance, and are optimistic that the matter can be resolved through mediation. Defendants apologize for this late filing, which resulted from difficulties in being able to discuss the matter with BOE personnel at the beginning of a new school year and the Comptroller's Office. As settlement appears to be a viable option, the parties respectfully request that Your Honor refer this action to the Southern District's Mediation Program for further assistance.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      **[ECF]_____/S/_____**
      Cassandra Branch
      Assistant Corporation Counsel

cc:   **STEWART LEE KARLIN LAW GROUP, P.C.**
      Attorneys for Plaintiff